IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OSCAR SMITH, JR. and** | : | **CIVIL ACTION** |
| **O. SMITH AGENCY, INC.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE ALLSTATE CORPORATION** | : | |
| **and THE ALLSTATE INSURANCE** | : | |
| **COMPANY** | : | **NO. 12-0144** |

## ORDER

**AND NOW**, this 10th day of July, 2012, upon consideration of Defendants' Motions to Dismiss (Document No. 6), the plaintiff's response and the defendants' reply, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. The motion is **DENIED** as to Count II.

2. The motion is **GRANTED** as to Counts I, III, IV and V.

3. Counts I, III, IV and V are **DISMISSED**.

                /s/ Timothy J. Savage
                TIMOTHY J. SAVAGE, J.