IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OSCAR SMITH, JR. and<br>O. SMITH AGENCY, INC. | : | CIVIL ACTION |
| v. | : | |
| THE ALLSTATE CORPORATION and<br>THE ALLSTATE INSURANCE COMPANY | : NO. 12-0144 | |

FILED
MAR 13 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 12th day of March, 2013, Defendants' Motion for Summary Judgment (Document No. 41), the plaintiffs' response, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. Insofar as the motion seeks judgment in the defendants' favor on the claim under 42 U.S.C. § 1981, it is **GRANTED**.

2. Insofar as the motion seeks judgment on the contract cause of action, it is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.